**Order entered January 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00687-CR

### CHRISTOPHER MICHAEL DUCHARME, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-80054-2018**

## ORDER

On December 21, 2018, we granted appellant's second request for an extension of time but cautioned that the failure to file a brief by January 23, 2019 might result in the appeal being abated for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b)(3). Appellant has not filed a brief but did file a third motion for extension of time to file his brief.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute these appeals or whether appellant has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per

curiam).  If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Lara Bracamonte; and to the Collin County District Attorney.

These appeals are **ABATED** to allow the trial court to comply with the above order.  The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.


/s/     LANA MYERS
         JUSTICE